Gregory C. Simonian, Esq. (SBN 131162)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorney for Plaintiff Ana Fuentes,
Parent and Representative of Minor, C.F.

**FILED**

APR 1 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT

| | |
|---|---|
| Ana Fuentes, Parent and Representative of Minor, C.F., <br><br>         Plaintiff <br><br> v. <br><br> United States Postal Service, and DOES 1-5, inclusive, <br><br>         Respondents. | Case No.: CV13-0661 HRL <br><br> ~~PROPOSED~~ ORDER |

   Plaintiff's Application for Approval of Minor's Claim is GRANTED.

   It is ORDERED that Plaintiff Ana Fuentes establish an interest bearing, federally-insured blocked account. Plaintiff will deposit the sum of $4,400 into this account, for and on the behalf of the minor claimant, C.F.. The account shall indicate the name of the minor. The account belongs to the minor. Plaintiff will provide a copy of this order to the depository in which the funds are deposited. Plaintiff will file a Receipt and Acknowledgement of Order for the Deposit of Money into Blocked Account (CA Judicial Council Form MC-356) within 15 days of depositing the funds.

   It is FURTHER ORDERED that no withdrawal of principle or interest may be made from the blocked account without a written order under this case name and number, signed by a judge of the District Court and bearing the seal of this Court, until the minor attains the age of majority.

   The court finds that the minor was born in 1996 and will attain the age of majority in

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

~~Proposed~~ Order
Fuentes v. United States Postal Service, Case No. CV13-0661 HRL
1

1  2014. It is ORDERED that the depository shall permit claimant C.F. to withdraw the funds
2  after that date, without further order of the Court.
3
4  Dated: April 10 2013
5  Honorable Howard R. Lloyd
   United States ~~District~~/Magistrate Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

~~Proposed~~ Order
Fuentes v. United States Postal Service, Case No. CV13-0661 HRL
2