*E-FILED: May 16, 2013*

<div style="text-align:left; margin-left: 2em;">United States District Court<br>For the Northern District of California</div>

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA FUENTES, Parent and Representative of Minor, C.F., <br><br>      Plaintiff, <br><br>  v. <br><br>UNITED STATES POSTAL SERVICE ET AL., <br><br>      Defendants. | No. C13-00661 HRL <br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that the parties have reached a settlement, and the Court has approved the proposed settlement of Minor's claims. The case management conference scheduled for May 21, 2013 is therefore vacated, and all parties shall appear on **June 25, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 18, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

IT SO ORDERED.

Dated: May 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 13-00661 HRL Order will be electronically mailed to:**

2  Gregory Charles Simonian: gsimonian@legalteam.com, abasile@legalteam.com, mcantrell@legalteam.com, nmetke@legalteam.com, nsvoboda@legalteam.com,
3  vhiggins@legalteam.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**