*E-FILED: May 24, 2013*

Gregory C. Simonian, Esq. (SBN 131162)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorney for Plaintiff Ana Fuentes,
Parent and Representative of Minor, C.F.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

| | |
|---|---|
| Ana Fuentes, Parent and Representative of Minor, C.F.,<br><br>    Plaintiff<br><br>v.<br><br>United States Postal Service, and DOES 1-5, inclusive,<br><br>    Respondents. | Case No.: CV13-0661 HRL<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff ANA FUENTES, Parent and Representative of Minor, C.F. hereby request that the action in its entirety be dismissed with prejudice.

Respectfully submitted,

CASAS RILEY & SIMONIAN, LLP

Dated: May 23, 2013        By _/s/ Gregory C. Simonian_____
                                        Gregory C. Simonian, Esq.
                                        Attorney for Petitioner Ana Fuentes,
                                        Parent and Representative of Minor, C.F.

---

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Request for Dismissal and ~~Proposed~~ Order of Dismissal
*Fuentes v. United States Postal Service*, Case No. CV13-0661 HRL  1

1  IT IS SO ORDERED.
2
3  Dated: May 24, 2013

_____
Honorable Howard R. Lloyd
United States ~~District~~/Magistrate Judge

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Request for Dismissal and ~~Proposed~~ Order of Dismissal
*Fuentes v. United States Postal Service*, Case No. CV13-0661 HRL  2